1  Joseph P. Russoniello (SBN 44332)
   Robert David Rees (SBN 229441)
2  United States Attorney's Office
3  450 Golden Gate Avenue, 11th Flr.
   San Francisco, CA  94102
4  Telephone: (415) 436-7210
   Facsimile: (415) 436-7234
5  E-mail: robert.rees@usdoj.gov

6
   Counsel for Plaintiff
7  UNITED STATES OF AMERICA

8
   William L. Osterhoudt (SBN 043021)
9  Dolores T. Osterhoudt (SBN 211537)
   Law Offices of William L. Osterhoudt
10 135 Belvedere Street
   San Francisco, CA  94117
11 Telephone: (415) 664-4600
12 Facsimile: (415) 664-4691
   E-mail: osterhoudt@aol.com
13
   Counsel for Defendant
14 JOHN THAT LUONG

15
   Gary K. Dubcoff (S.B. No. 168089)
16 2370 Market Street, #461
17 San Francisco, CA  94114
   Telephone: (415) 934-8800
18 Facsimile:  (415) 934-8800
   E-mail: dubcoff@sbcglobal.net
19
   Counsel for Defendant
20 MADY CHAN

21

22 George C. Boisseau (SBN 75872)
   740 Fourth Street, 2nd Floor
23 Santa Rosa, CA  95404
24 Telephone: (707) 578-5636
   Facsimile: (707) 578-1141
25 E-mail: boisseaugc@msn.com

26
   Counsel for Defendant
27 HOANG AI LE

28

Case No. CR 96-0094 MHP                                                                          1
Stip. & Order re Resentencing Hearing

1  Dennis P. Riordan (SBN 69320)
   Donald M. Horgan (SBN 121547)
2  Riordan & Horgan
3  523 Octavia Street
   San Francisco, CA  94102
4  Telephone: (415) 431-3472
   Facsimile: (415) 552-2703
5  E-mail: dennis@riordan-horgan.com

6
   Counsel for Defendant
7  HUY CHI LUONG

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,                Case No. CR 96-0094 MHP

12 |     Plaintiff,                           **STIPULATION AND PROPOSED**
13 |                                          **ORDER SCHEDULING CONTINUED**
   |     v.                                   **RESENTENCING HEARING**
14 |
15 | MADY CHAN, *et al*.,

16 |     Defendants.

17     Plaintiff United States of America and defendants John That Luong, Huy Chi Luong, Mady

18 Chan, and Hoang Ai Le, having (repeatedly) conferred with each other and the assigned United States

19 //

20 //

21 //

22 //

23 //

24 //

25 //

26 //

27

28

Case No. CR 96-0094 MHP                                                                    2
Stip. & Order re Resentencing Hearing

Probation Officer, hereby stipulate that the continued resentencing hearing in the above-entitled case be scheduled on June 12, 2009, at the time most convenient for the Court.

Dated: March 31, 2009

| /s/ Dennis P. Riordan | /s/ Robert David Rees |
|---|---|
| Dennis P. Riordan | Robert David Rees |
| Counsel for Defendant | Counsel for Plaintiff |
| HUY CHI LUONG | UNITED STATES OF AMERICA |

| /s/ William L. Osterhoudt | /s/ Gary K. Dubcoff |
|---|---|
| William L. Osterhoudt | Gary K. Dubcoff |
| Counsel for Defendant | Counsel for Defendant |
| JOHN THAT LUONG | MADY CHAN |

/s/ George C. Boisseau
George C. Boisseau

Counsel for Defendant
HOANG AI LE

Case No. CR 96-0094 MHP  
Stip. & Order re Resentencing Hearing

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>MADY CHAN, *et al.*,<br><br>  Defendants. | Case No. CR 96-0094 MHP<br><br>**[PROPOSED] ORDER SCHEDULING CONTINUED RESENTENCING HEARING** |

The resentencing hearing for defendants John That Luong, Huy Chi Luong, Mady Chan, and Hoang Ai Le in the above-entitled case is hereby scheduled for June 12, 2009 at 10:00 a.m.

Dated: April 14, 2009

_____
HON. MARILYN H. PATEL
United States District Judge

