JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

ROBERT DAVID REES (CASBN 229441)
Assistant United States Attorney

    450 Golden Gate Avenue
    San Francisco, California 94102
    Telephone: (415) 436-7210
    Facsimile: (415) 436-7234
    Email: robert.rees@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>HOANG AI LE,<br><br>    Defendant. | No. CR 96 00094<br><br>**STIPULATION AND [PROPOSED] ORDER RE: CONTINUANCE OF RESENTENCING**<br><br>Hearing:  July 31, 2009<br>Time:     10:00AM<br>Court:    Hon. Marilyn Hall Patel |

    Due to a number of professional commitments, the parties hereby stipulate and agree to vacate the resentencing hearing currently scheduled for July 31, 2009 at

//
//
//
//
//
//
//
//

Stipulation Re: Continuance of Re-Sentencing
CR 96 00094

1  10:00AM and continue the resentencing of the defendant to August 28, 2009 at 2:00PM.

3      IT IS SO STIPULATED.

5  DATED: July 30, 2009                         /s
                                               ROBERT DAVID REES
6                                                 Assistant United States Attorney

8  DATED: July 30, 2009                         /s
                                               GEORGE BOISSEAU, ESQ.
9                                                 Attorney for Defendant Le

11      IT IS SO ORDERED.

13  DATED: 8/3/2009

*IT IS SO ORDERED — Judge Marilyn H. Patel (signed)*

Stipulation Re: Continuance of Re-Sentencing
CR 96 00094                      2