| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CASBN 44332)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CASBN 163973)<br>Chief, Criminal Division |
| 4 | ROBERT DAVID REES (CASBN 229441)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue<br>San Francisco, California 94102<br>Telephone:  (415) 436-7210 |
| 7 | Facsimile:  (415) 436-7234<br>Email:  robert.rees@usdoj.gov |
| 8 | Attorneys for Plaintiff |
| 9 | |

10  UNITED STATES DISTRICT COURT

11  NORTHERN DISTRICT OF CALIFORNIA

12  SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 13 | UNITED STATES OF AMERICA, | No. CR 96 00094 |
| 14 | Plaintiff, | |
| 15 | v. | **STIPULATION AND [PROPOSED]<br>ORDER RE:  CONTINUANCE OF<br>RESENTENCING** |
| 16 | HUY CHI LUONG &<br>HOANG AI LE, | |
| 17 | Defendants. | Hearing:  October 1, 2009<br>Time:  2:30PM<br>Court:  Hon. Marilyn Hall Patel |
| 18 | | |
| 19 | | |

20    Due to a number of professional commitments, the parties hereby stipulate and

21 agree to vacate the resentencing hearing originally August 28, 2009at 2:00PM and to

22 //

23 //

24 //

25 //

26 //

27 //

28 //

Stipulation Re:  Continuance of Re-Sentencing
CR 96 00094

1  continue the sentencing hearing to October 1, 2009 at 2:30PM.

3      IT IS SO STIPULATED.

5  DATED: September 25, 2009             _____/s_____
6                                                 ROBERT DAVID REES
                                               Assistant United States Attorney

8  DATED: September 25, 2009             _____/s_____
                                               DENNIS RIORDAN, ESQ.
9                                                 Attorney for Defendant Luong

11 DATED: September 25, 2009             _____/s_____
                                               GEORGE BOISSEAU, ESQ.
12                                                Attorney for Defendant Le

14     IT IS SO ORDERED.

16 DATED: __9/28/2009_____

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*
*UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA*

Stipulation Re: Continuance of Re-Sentencing
CR 96 00094                           2