UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 96-cr-00094-JSW-7 |
|---|---|
| Plaintiff, | |
| v. | **ORDER TO GOVERNMENT TO SHOW CAUSE WHY MOTION TO CORRECT FOR CLERICAL ERROR SHOULD NOT BE GRANTED** |
| HOANG AI LE, | |
| Defendant. | Re: Dkt. No. 2402 |

On August 19, 2021, the Court received a *pro se* motion from the Defendant to correct the sentence for clerical error. On August 30, 2021, it ordered a response from the United States Probation Office and from the Government by no later than September 20, 2021. The Probation Office filed its response on September 16, 2021, in which it asserts the motion appears to have merit. (Dkt. No. 2404.) The Court has not received a response from the Government. Accordingly, the Government is HEREBY ORDERED TO SHOW CAUSE by September 29, 2021, why the motion should not be granted as unopposed. It is FURTHER ORDERED that a copy of this Order shall be served on AUSA Hallie Hoffman, Chief of the Criminal Division.

**IT IS SO ORDERED**.

Dated: September 22, 2021

_____
JEFFREY S. WHITE
United States District Judge