UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>HOANG AI LE,<br><br>    Defendant. | Case No. 96-cr-00094-JSW-7<br><br>**ORDER DENYING MOTION TO APPOINT COUNSEL**<br><br>Re: Dkt. No. 2469 |

Defendant has filed a motion for appointment of counsel to pursue a motion to vacate his sentence under 28 U.S.C. section 2255. The Court already has considered and denied a motion to vacate under that statute. (Dkt. No. 2323.) In addition, the predicate crime of violence for Defendant's conviction of 18 U.S.C. section 924(c) was not RICO conspiracy, as he argues in the motion. (*See id.*) Defendant has no right to counsel to pursue a collateral attack on his sentence, and the Court concludes he has not shown good cause to appoint counsel.

Accordingly, the Court DENIES the motion.

**IT IS SO ORDERED**.

Dated: February 27, 2024

JEFFREY S. WHITE
United States District Judge